

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-25-00680-CV

**TRANSPORTES QUINTANILLA, S.A. DE C.V.**,
Appellant

v.

**CALAVO GROWERS, INC**.,
Appellee

From the 406th Judicial District Court, Webb County, Texas
Trial Court No. 2018CVH000785-D4
Honorable David E. Garcia, Judge Presiding

PER CURIAM

Sitting:      Adrian A. Spears II, Justice
              H. Todd McCray, Justice
              Velia J. Meza, Justice

Delivered and Filed: November 19, 2025

DISMISSED FOR LACK OF JURISDICTION

On October 23, 2025, appellant filed a notice of appeal stating its intent to appeal from the trial court's order granting appellee's motion for summary judgment. On October 24, 2025, appellant informed this court that when appellant filed its notice of appeal, it believed that the trial court's order was a final judgment. However, it has since learned that appellee has a pending claim for attorney's fees as a prevailing party pursuant to chapter 134 of the Texas Civil Practice and Remedies Code. *See* TEX. CIV. PRAC. & REM. CODE § 134.005(b) ("Each person who prevails in a

suit under this chapter shall be awarded court costs and reasonable and necessary attorney's fees.").

Thus, the trial court's order is interlocutory, and we lack jurisdiction over this appeal. *See Rush Truck Ctrs. of Tex., L.P. v. Sayre*, 718 S.W.3d 233, 237 (Tex. 2025).

We dismiss this appeal for lack of jurisdiction.


PER CURIAM